**Order entered April 20, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00131-CV**

**GVH, INC. AND THE FERBY CORPORATION, Appellants**

**V.**

**ALAA MOHAMMED WEISS AKA ALAN WEISS AND STEPS AMERICA, INC., Appellees**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-01957-2020**

**ORDER**

In our March 30, 2021 letter, the Court noted that the docketing statement indicated appellee had filed a Suggestion of Bankruptcy. We requested the parties inform the Court of the status of the bankruptcy case and whether the appeal was permitted by federal law or the bankruptcy court.

On April 9, 2021, appellants filed a motion to dismiss. The motion states that appellee's bankruptcy cause number 21-40065 is currently pending in the United States Bankruptcy Court for the Eastern District of Texas. Although

appellants ask the Court to dismiss the appeal without prejudice, the filing for bankruptcy automatically suspends further action in this appeal. *See* TEX. R. APP. P. 8.2.

Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party showing, in accordance with rule of appellate procedure 8.3, that the appeal is permitted by federal law or the bankruptcy court and specifying what further action, if any, is required from this Court. *See id*. 8.3. If the bankruptcy court has lifted or terminated the stay, or the bankruptcy is closed, a certified copy of the order must be attached to the motion. *Id.* In addition, all motions filed with the Court must comply with the rules of appellate procedure, including rule 10.1(a)(5). TEX. R. APP. P. 10.1(a)(5).

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE